6923. THOMAS *v.* MARBUT-THORNTON LUMBER COMPANY.

BROYLES, J. It appearing from the petition for certiorari that this case was first tried in the municipal court of Atlanta, and was subsequently appealed to the appellate division thereof, where the motion for a new trial was dismissed because no approved brief of evidence had been filed with the appellate division of the court, the judge of the superior court did not err in overruling the petition for certiorari, which assigned the dismissal of the motion as error. *Judgment affirmed.*
DECIDED MAY 30, 1916.

Certiorari; from Fulton superior court—Judge Pendleton. May 21, 1915.

*Morris Macks,* for plaintiff in error.

*O. E. & M. C. Horlon,* contra.

---

6930. ADAMS *v.* COMMERCIAL BANK OF SAVANNAH.

BROYLES, J. 1. When considered in the light of the entire charge and of the evidence introduced, and of the qualifying notes of the trial judge, the. excerpts from the charge complained of contain no reversible error.
2. No material error appears in the admission of the testimony objected to by the plaintiff, as set forth in the motion for a new trial.
3. There was evidence to support the finding of the jury, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.*
DECIDED MAY 19, 1916.

Action for money had and received; from city court of Savannah—Judge Davis Freeman. August 23, 1915.

*Shelby Myrick,* for plaintiff in error.

*Ulric H. McLaws, Twiggs & Gazan,* contra.